Richard I. Dreitzer, Esq.
Nevada Bar No. 6626
Raymond E. McKay, Esq.
Nevada Bar No. 8569
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone: 702.727.1400
Facsimile: 702.727.1401
Richard.Dreitzer@wilsonelser.com
Attorneys for Defendant
FIDELITY & GUARANTY LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARK L. HEINAMAN, an individual,

                Plaintiff,

v.

FIDELITY & GUARANTY LIFE
INSURANCE COMPANY, an insurance
company; DOES I through X, and ROE
COMPANIES I through X, inclusive,

                Defendants.

Case No.: 2:14-cv-01884-RFB-GWF

### JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND

### TO MOTION FOR PARTIAL SUMMARY JUDGMENT (FIRST REQUEST)

It is hereby stipulated by and between Plaintiff, MARK L. HEINAMAN, and Defendant FIDELITY & GUARANTY LIFE INSURANCE COMPANY, through their respective counsel, that the date by which Defendant must file and serve its response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 14) be extended from August 17, 2015 to August 21, 2015.

///

835616v.1

1    This is the first request sought by the parties on Plaintiff's Motion for Partial Summary

2 Judgment.

3

4    DATED this 17 day of August, 2015          DATED this 17 day of August, 2015

5    **WILSON, ELSER, MOSKOWITZ,**              **PEEL BRIMLEY LLP**
     **EDELMAN & DICKER LLP**

6

7    RICHARD I DREITZER, ESQ.                    STEVEN D. MEACHAM, ESQ.
     Nevada Bar No. 6626                         Nevada Bar No. 9863
8    RAYMOND E. McKAY, ESQ.                      CARY B. DOMINA, ESQ.
     Nevada Bar No. 8569                         Nevada Bar No. 10567
9    300 South Fourth Street, 11th Floor         3333 E. Serene Avenue, Suite 200
     Las Vegas, Nevada  89101                    Henderson, Nevada  89074
10   *Attorneys for FIDELITY & GUARANTY LIFE*    *Attorneys for MARK L. HEINAMAN*
     *INSURANCE COMPANY*

11

12                                    **ORDER**

13        Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that

14 the Defendants must file and serve its response to Plaintiff's Motion for Partial Summary Judgment

15 on or before August 21, 2015.

16        IT IS SO ORDERED.

17        DATED this 27th day of August, 2015.

18

19

20                                         RICHARD F. BOULWARE, II
                                           United States District Judge
21   Respectfully Submitted by:

22   **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**

23

24   RICHARD I DREITZER, ESQ.
     Nevada Bar No. 6626
25   RAYMOND E. McKAY, ESQ.
     Nevada Bar No. 8569
26   300 South Fourth Street, 11th Floor
     Las Vegas, Nevada  89101
27   *Attorneys for FIDELITY & GUARANTY LIFE INSURANCE COMPANY*

28
                                    Page 2 of 2

835616v.1